# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

GS HOLISTIC, LLC,

    Plaintiff,

v.

Case No. 3:23-cv-247-TJC-PDB

SMOKE SHOP & TATTOO SUPPLY, LLC, GORGE BRKAT, and TAREK ABDULAZIZ,

    Defendants.

## **O R D E R**

Upon review of the Joint Stipulation of Dismissal With Prejudice (Doc. 21), filed on September 13, 2023, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 26th day of September, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Counsel of record